**Opinion issued July 23, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00601-CV

_____

## ROSEHURST HOMEOWNERS ASSOCIATION, Appellant

## V.

## HUGHES NATURAL GAS, INC. AND REAL PROVENCHER, Appellees

---

### On Appeal from the County Civil Court at Law No. 2
### Harris County, Texas
### Trial Court Case No. 980933

---

## MEMORANDUM OPINION

Appellant, Rosehurst Homeowners Association, has filed a motion to dismiss its appeal, indicating that the appellees, Hughes Natural Gas, Inc. and Real Provencher, agree to the dismissal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c). Accordingly, we grant Rosehurst

Homeowners Association's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

**PER CURIAM**

Panel consists of Justices Higley, Massengale, and Lloyd.